IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| DEANTHONY THOMAS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 04-6098-CV-SJ-HFS |
| ) | |
| U.S. BANK N.A., N.D., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pursuant to the mandate of the Court of Appeals, the orders denying remand (Doc. 126), granting dismissal (Doc. 131) and directing judgment in favor of defendants (Doc. 132) are hereby VACATED. The Clerk is directed to remand this case to State Court no earlier than December 28, 2009. SO ORDERED.

    /s/ Howard F. Sachs
    HOWARD F. SACHS
    UNITED STATES DISTRICT JUDGE

December  17 , 2009

Kansas City, Missouri